JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 7 2005

## *DOCKET NO. 1456*

FILED
CLERK'S OFFICE.

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

*The County of Fulton v. Abbott Laboratories, Inc., et al.,* N.D. New York,
    C.A. No. 6:05-519
*The County of Putnam v. Abbott Laboratories, Inc., et al.,* S.D. New York,
    C.A. No. 1:05-4740
*The County of Genesee v. Abbott Laboratories, Inc., et al.,* W.D. New York,
    C.A. No. 1:05-6206
*County of Steuben v. Abbott Laboratories, Inc., et al.,* W.D. New York,
    C.A. No. 6:05-6223

### *CONDITIONAL TRANSFER ORDER (CTO-22)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for
the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. Since that time, 54 additional actions have been transferred to the District of
Massachusetts. With the consent of that court, all such actions have been assigned to the
Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are
common to the actions previously transferred to the District of Massachusetts and assigned to
Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d
1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B.
Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the District of Massachusetts. The transmittal of this order to said Clerk
shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of
opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be
continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

JWF, STAYED

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK [LIVE] (Buffalo)
# CIVIL DOCKET FOR CASE #: 1:05-cv-06206-MAT

The County of Genesee v. Abbott Laboratories, Inc. et al

Assigned to: Hon. Michael A. Telesca

Related Case: 1:05-cv-00214-MAT

Cause: 42:1396 - Tort Negligence

Date Filed: 04/20/2005

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

**Plaintiff**

**The County of Genesee**         represented by

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby McInerney & Squire, LLP
830 Third Avenue
New York, NY 10022
(212) 371-6600
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Amgen, Inc.

**Defendant**

Andrx Corporation

**Defendant**

AstraZeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter Healthcare Corporation

**Defendant**

Baxter International, Inc.

**Defendant**

Bayer Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Meyers Squibb Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey Inc.**

**Defendant**

**Eisai Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals Inc.**

**Defendant**

**Ethex Corp.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

GlaxoSmithKline P.L.C.

**Defendant**

Greenstone, LTD

**Defendant**

Hoffman-La Roche, Inc.

**Defendant**

Immunex Corporation

**Defendant**

Ivax Corp.

**Defendant**

Ivax Pharmaceuticals, Inc.

**Defendant**

Janssen Pharmaceutica Products, LP

**Defendant**

Johnson & Johnson

**Defendant**

King Pharmaceuticals

**Defendant**

McNeil-PPC, Inc.

**Defendant**

MedImmune, Inc.

**Defendant**

Merck & Co., Inc.

**Defendant**

Monarch Pharmaceuticals, Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Mylan Pharmaceuticals, Inc.

**Defendant**

Novartis Pharmaceuticals Corp.

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Ortho Biotech Products, LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corp.**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering Corporation**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Serono, Inc.**

**Defendant**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2005 | 1 | COMPLAINT against Alpharma, Inc., Amgen, Inc., Andrx Corporation, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., |

| | | |
|---|---|---|
| | | Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey Inc., Eisai Inc., Eli Lilly and Company, Endo Pharmaceuticals Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., GlaxoSmithKline P.L.C., Greenstone, LTD, Hoffman-La Roche, Inc., Immunex Corporation, Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., MedImmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corporation, Abbott Laboratories, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc. ( Filing fee $ 250 receipt number 67545.), filed by The County of Genesee. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(SG, ) (Entered: 04/25/2005) |
| 04/20/2005 | | Summons Issued as to Alpharma, Inc., Amgen, Inc., Andrx Corporation, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey Inc., Eisai Inc., Eli Lilly and Company, Endo Pharmaceuticals Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., GlaxoSmithKline P.L.C., Greenstone, LTD, Hoffman-La Roche, Inc., Immunex Corporation, Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., MedImmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corporation, Abbott Laboratories, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., |

| | | Allergan, Inc.. (SG, ) (Entered: 04/25/2005) |
|---|---|---|
| 04/28/2005 | 2 | ORDER REASSIGNING CASE. Case reassigned to Judge Michael A. Telesca for all further proceedings. Judge William M. Skretny no longer assigned to case. Signed by Hon. Richard J. Arcara on 04/27/2005. (Baker, J.) (Entered: 04/28/2005) |
| 04/29/2005 | | All future submission in this action should reflect, and be filed in, the new case number 05cv6206T(F). (SG, ) (Entered: 04/29/2005) |
| 06/01/2005 | 3 | ORDER STAYING CASE pending the resolution of the transfer issue by the Panel on Multidistrict Litigation.. Signed by Hon. Michael A. Telesca on 5/31/05. (BJB, ) (Entered: 06/06/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/28/2005 16:17:30 | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-06206-MAT |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |